# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA SPEED TECHNOLOGY LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>OPEN TEXT INC.,<br><br>      Defendant. | C.A. No. 13-689-SLR |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff Data Speed Technology LLC ("Plaintiff") respectfully moves this Court to extend the deadline for defendant Open Text Inc. ("Defendant") to respond to the Complaint filed in this matter until July 8, 2013.  The grounds for this motion are that Defendant has requested this additional time, and Plaintiff has agreed, to allow Defendant to investigate the claims asserted against Defendant, to obtain Delaware counsel, and to prepare an appropriate response.

| | |
|---|---|
| June 6, 2013 | BAYARD, P.A. |
| OF COUNSEL: | */s/ Stephen B. Brauerman*<br>Richard D. Kirk (No. 922) |
| Marc A. Fenster<br>Alexander C.D. Giza<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Boulevard, Twelfth Floor<br>Los Angeles, California 90025<br>(310) 826-7474<br>mfenster@raklaw.com<br>agiza@raklaw.com | Stephen B. Brauerman (No. 4952)<br>Vanessa R. Tiradentes (No. 5398)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br><br>*Attorneys for Plaintiff,*<br>*Data Speed Technology LLC* |

IT IS SO ORDERED this _____ day of _____, 2013.

_____
United States District Judge